UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **PATRICK B. HANLEY, ET AL** | : | **DOCKET NO. 2:23-cv-00234** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **BENNETT MOTOR EXPRESS LLC, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## NOTICE AND ORDER

Defendant **FCCI Insurance Company** filed a Diversity Jurisdiction Disclosure Statement [doc. 15, att. 2] into the record. After review of the document, we find that **FCCI Insurance Company** has failed to adequately allege its citizenship for purposes of diversity jurisdiction under 28 U.S.C. § 1332. For diversity purposes, a corporation is a citizen of its state of incorporation and the state where it has its principal place of business. 28 U.S.C. § 1332; *Hertz Corp. v. Friend*, 130 S.Ct. 1181 (2010). Instead of listing its state of incorporation and principal place of business, FCCI claimed to be "domiciled in the State of Florida" and therefore a citizen of Florida. Doc. 15, att. 2. Accordingly,

**IT IS ORDERED** that, on or before **October 19, 2023**, **FCCI Insurance Company** is to amend its Diversity Jurisdiction Disclosure Statement [doc. 15, att. 2] to use the proper method to allege its citizenship, i.e., FCCI Insurance Company's state of incorporation and principal place of business.

THUS DONE AND SIGNED in Chambers this 17th day of October, 2023.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE